01

02 ___ FILED _____ ENTERED
    ___ LODGED _____ RECEIVED

03   OCT 1 1 2006

04        AT SEATTLE
     CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
BY
05                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
06                           AT SEATTLE

07  ROBERT L. WELCH,                        )    CASE NO. C06-0345-JLR
                                            )
08        Plaintiff,                        )
                                            )
09        v.                                )
                                            )    ORDER AFFIRMING
10  JO ANNE B. BARNHART, Commissioner       )    COMMISSIONER
    of Social Security                      )
11                                          )
          Defendant.                        )
12  _____ )

13        The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge

15  Mary Alice Theiler. It is therefore ORDERED:

16        (1)    The Court adopts the Report and Recommendation;

17        (2)    The Court AFFIRMS the decision of the Commissioner; and

18        (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19        DATED this 11th day of _____October_____, 2006.

20

21                              JAMES L. ROBART
                                United States District Judge

22

    ORDER AFFIRMING COMMISSIONER
    PAGE -1

    06-CV-00345-ORD